# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1122
_____

ROMEO WARD,

Petitioner,

v.

LORI VANCAMP, Examiner, and
FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 11, 2018

PER CURIAM.

DENIED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Romeo Ward, pro se, Petitioner.

Rana Wallace, General Counsel for the Commission on Offender Review, Tallahassee, for Respondents.